# United States District Court
### for the
### Western District of New York

| United States of America | |
|---|---|
| v. | Case No. 25-mj- 80 |
| FERRYDOON ARDEHALI and COLBY RIGGLE | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 14, 2025, in the County of Wayne, in the Western District of New York, the defendants, Ferrydoon Ardehali and Colby Riggle, did knowingly and intentionally manufacture and possess with intent to distribute 1,000 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

This Criminal Complaint is based on these facts:
☒ Continued on the attached sheet.

*SR HIGGINS (Affiliate)*
Digitally signed by SR HIGGINS (Affiliate)
Date: 2025.05.15 10:33:06 -04'00'

*Complainant's signature*

S.R. CORY HIGGINS
TASK FORCE AGENT
DRUG ENFORCEMENT ADMINISTRATION
*Printed name and title*

Sworn to and signed telephonically.

Date: May 15, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK   )
COUNTY OF WAYNE    )   SS:
TOWN OF WALWORTH )

    I, **S.R. CORY HIGGINS,** a Task Force Agent (TFA) of the Drug Enforcement Administration (DEA), United States Department of Justice, Buffalo, New York, having been duly sworn, states as follows:

    1.    I am a Task Force Agent with the DEA, and as such, I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substance Act of 1970, Title 21 of the United States Code, as amended. I have been a Task Force Agent with the DEA since December 12, 2002. Further, I am a sworn Officer of the Cattaraugus County Sheriff's Office and I have been employed by Cattaraugus County Sheriff's Office as a law enforcement officer since May, 1993. I have successfully completed DEA basic Task Force Agent training, which is an intensive course covering all aspects of drug enforcement. Based on my training and conversations with DEA Special Agents and Task Force Agents, I am familiar with how controlled substances are cultivated, manufactured, processed, packaged, distributed, sold and used by individuals involved in drug trafficking.

2. I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant charging **Ferrydoon M. ARDEHALI** and **Colby O'Connor RIGGLE.** (collectively, the **TARGETS**) with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (manufacture and possession with intent to distribute 1000 or more marihuana plants, a Schedule I controlled substance) and Title 18 United States Code, Section 2 (commit or aid, abet, counsel, command, induce, or procure the commission of an offense).

3. This affidavit is submitted for a limited purpose, that is, a probable cause determination. As a result, I have not included all of the details of every aspect of this investigation. The information contained in this affidavit is based upon my personal knowledge as well as conversations with members, and statements provided by other law enforcement personnel which have been reported to me.

## BACKGROUND

4. In January 2025, the DEA began investigating a large-scale illegal marihuana cultivation operation under the direction of **Ferrydoon ARDEHALI** and **Colby RIGGLE,** located at 3242 Daansen Rd, Walworth, New York (hereinafter, the Target Premises). During the course of the investigation, law enforcement learned that **ARDEHALI** and **RIGGLE** (collectively, the **TARGETS**) were selling and distributing marihuana to multiple businesses that are New York State-authorized cannabis grow facilities in North Tonawanda and Clarence, New York under the business name Integrity Farms & Greenhouses, Inc.

5.     Your Affiant conducted a check through the New York State Office of Cannabis Management and discovered that neither Integrity Farms & Greenhouses, Inc., nor any other business associated with the Target Premises, has been issued a New York State license to grow cannabis or hemp. Under New York State law, in order to grow cannabis or hemp in the State of New York outside of personal use you must be authorized and licensed by the State.

6.     On May 12th, 2025, law enforcement obtained a search warrant for the Target Premises, signed by the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge.  The property is expansive, consisting of 26 acres, consisting of a house and 45 transparent domed roof styled greenhouses connected through a series of nine structed buildings of various sizes.

## PROBABLE CAUSE

7.     On May 14, 2025, at approximately 9:00 am, members of the Drug Enforcement Administration, Federal Bureau of Investigation, US Immigration and Customs Enforcement, US Border Patrol and the Wayne County Sheriff's Office executed said warrant at the **Target Premises**. During the execution of the warrant, law enforcement made contact with the **TARGETS,** who were both inside of a house with "Office" affixed to the front of the structure.   Once the **TARGETS** were detained, law enforcement secured the **Target Premises** and initiated the search.

8. It was immediately apparent that marihuana was being grown on a large scale, processed, and packaged within the facility. During the search of the **Target Premises**, the following items were seized as evidence:

- Approximately 29,406 growing marihuana plants, including approximately the following:
    - 8,860 growing marihuana plants (grow room 1)
    - 8,608 growing marihuana plants (grow room 2)
    - 325 growing marihuana plants (grow room 3)
    - 252 growing marihuana plants (grow room 4)
    - 10,602 growing marihuana plants (grow room 5)
    - 759 growing marihuana plants (grow room 6)

- Approximately 3,700 lbs. of processed marihuana.

9. After being advised of his *Miranda* rights, **ARDEHALI**, in sum and substance, acknowledged his ownership of the facility and that he was not in possession of a license to grow cannabis. Separately, **RIGGLE** was advised of his *Miranda* rights, and, in sum and substance, acknowledged his role in cultivating the marijuana on the property and that he was not in possession of a license to grow cannabis.

**WHEREFORE**, based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that **Ferrydoon M. ARDEHALI** and **Colby RIGGLE** violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (manufacture and possession with intent to distribute 1000 or more marihuana plants, a Schedule I controlled substance) and Title 18 United States Code, Section 2 (commit or aid, abet, counsel,

command, induce, or procure the commission of an offense). Accordingly, I respectfully request the issuance of the attached Criminal Complaint.

> SR HIGGINS (Affiliate)
> Digitally signed by SR HIGGINS (Affiliate)
> Date: 2025.05.15 11:10:53 -04'00'

S.R. CORY HIGGINS
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to telephonically
15th day of May, 2025.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

5